UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cv-00336-WHO |
|---|---|
| Plaintiffs, | |
| v. | **JUDGMENT** |
| KAREN BAXTER, et al., | |
| Defendants. | |

Judgement is hereby entered in accordance with the Court's May 8, 2025, Order dismissing the case with prejudice.

**IT IS SO ORDERED.**

Dated: May 8, 2025



William H. Orrick
United States District Judge